UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| KAREN RAY and SAMUEL GRINDER, et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BELL HELICOPTER TEXTRON, INC., et al.,<br><br>　　　　Defendants. | ORDER<br><br>No. 3:12-cv-127<br>Judge Tena Campbell |

　　　　Plaintiffs and Defendant Honeywell International, Inc. (Honeywell) have jointly moved to dismiss Honeywell without prejudice (Docket No. 63). Based on the parties' representations, the court hereby GRANTS Honeywell's Motion to Dismiss for Failure to State a Claim (Docket No. 25). The court further ORDERS that Honeywell is DISMISSED WITHOUT PREJUDICE from this matter.

　　　　SO ENTERED this 13th day of February, 2013.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　U.S. District Court Judge