UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| KAREN RAY, *et al.*, | ) | | |
|     Plaintiffs, | ) | | |
| | ) | No. 3:11-CV-131 | |
| | ) | (CAMPBELL/SHIRLEY) | |
| V. | ) | | |
| | ) | | |
| BELL HELICOPTER TEXTRON, | ) | | |
|     Defendant. | ) | | |

| | | | |
|---|---|---|---|
| KAREN RAY, *et al.*, | ) | | |
|     Plaintiffs, | ) | | |
| | ) | No. 3:12-CV-127 | |
| | ) | (CAMPBELL/SHIRLEY) | |
| V. | ) | | |
| | ) | | |
| BELL HELICOPTER TEXTRON, *et al.*, | ) | | |
|     Defendants. | ) | | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636 and the Rules of this Court. Now before the Court is the Parties' Joint Motion for Consolidation. This motion has been filed in both of the above-captioned cases. The parties jointly move the Court to consolidate these cases pursuant to Rule 42 of the Federal Rules of Civil Procedure.

Rule 42 (a) of the Federal Rules of Civil Procedure provides that:

> If actions before the court involve a common question of law or fact, the court may:
>
> **(1)** join for hearing or trial any or all matters at issue in the actions;
>
> **(2)** consolidate the actions; or
>
> **(3)** issue any other orders to avoid unnecessary cost or delay.

Fed. R. Civ. P. 42(a).

In support of consolidation, the parties submit that: the plaintiffs in both actions are the same persons; Bell Helicopter is a defendant in both actions; both actions arise out of the same set of facts and circumstances; failure to join the actions could result in inconsistent rulings for the Parties; and judicial economy would be served by consolidation.

Based upon the foregoing, the Court finds that consolidation of these actions is appropriate. The Parties' Joint Motion for Consolidation **[Doc. 28 in 3:11-CV-131; Doc. 92 in 3:12-CV-127]** is **GRANTED**. Ray *et al* v. Bell Helicopter *et al.*, No. 3:12-CV-127, includes more parties than Ray *et al* v. Bell Helicopter, No. 3:11-CV-131. Therefore, Ray *et al* v. Bell Helicopter *et al.*, No. 3:12-CV-127 is **DESIGNATED** as the lead case. **The parties should file all pleadings, motions, notices, pleadings, etc., in the lead case only**.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge